UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHARON KWAAK,

                Plaintiff,

- against -

COUNTY OF NASSAU, CHADIA MORCOS, MD,
Medical Director, D. WADE, NOREEN HEAYNER, RN,
X. QUINTON, RN, TARIA L. SMITH, RN, A. HABIB,
PA, CARLOS MILLER, RN, ARMOR CORRECTIONAL
HEALTH SERVICES OF NEW YORK, INC., Correction
Officer M. ECKERT, Nassau County Corrections
Employees And Agents, "JOHN and JANE DOES 11-20,"
in Their Individual and Official Capacities, Armor
Correctional Health Services of New York, Inc.
Employees and Agents, "JOHN and JANE DOES 21-30,"
in Their Individual and Official Capacities,

                Defendants.
------------------------------------------------------------X

CV-17-3629 (CBA) (VMS)

STIPULATION AND
ORDER OF DISMISSAL
AGAINST THE ARMOR
DEFENDANTS



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 30 2019 ★
BROOKLYN OFFICE

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that Plaintiff Sharon Kwaak hereby dismisses all of her claims against Defendants ARMOR CORRECTIONAL HEALTH SERVICES OF NEW YORK, INC., CHADIA MORCOS, MD, Medical Director, D. WADE, NOREEN HEAYNER, RN, X. QUINTON, RN, TARIA L. SMITH, RN, A. HABIB PA and CARLOS MILLER, RN, with prejudice, and without costs or attorney fees to either party as against the other.

Dated: Mineola, New York
       January 28, 2019

      /s/ Katherine E. Smith
Katherine E. Smith, Esq.
233 Broadway, Suite 1800
New York, New York 10005

4833-0044-9414.1

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: /s/ Dale N. McLaren
Dale N. McLaren, Esq.
77 Water Street, 21st Floor

So Ordered
7/23/19
s/Carol Bagley Amon

New York, New York 10279
(347) 470-3707
Attorney for Plaintiff

New York, New York 10005
(212) 232-1303
(516) 571-3014
Attorneys for Armor Defendants and
Co-Counsel for County Defendants on
*Medical-related claims*